116 F.3d 1479
 Dorothy L. Ozee as Attorney in Fact for Louise T. Peter,
Boyd L. Richie, Guardian of Estate of Louise T. Peter
v.
American Council of Gift Annuities, Inc., as Successor to
Committee of Gift Annuities, Lutheran Church-Missouri Synod,
Lutheran Church Missouri Synod Texas District, Lutheran
Foundation of Texas, Gray, Plant, Mooty, Mooty and Bennett,
Salvation Army, a New York Corporation, Salvation Army, an
Illinois Corporation, Salvation, a California Corporation,
 NO. 96-11332
 United States Court of Appeals,
Fifth Circuit.
 May 21, 1997
 N.D.Tex., 110 F.3d 1082
 
 1
 DENIALS OF REHEARING EN BANC.